UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| George Woods,<br><br>    Plaintiff,<br><br>    v.<br><br>Charity Clark et al.,<br><br>    Defendants. | Civil Action No. 2:25–cv–369 |

## ORDER

    Plaintiff George Woods, representing himself and proceeding *in forma pauperis*, must pay the statutory case filing fee of $350.00. Mr. Woods is obligated to make monthly payments in the amount of 20% of the preceding month's income credited to his prison trust account. The Vermont Department of Corrections is required to collect from Mr. Woods's prison trust account each time the amount exceeds $10.00 until the filing fee is collected in full and will then forward to the Clerk of the Court. 28 U.S.C. § 1915(b)(2).

    Accordingly, it is hereby ORDERED that:

    The Commissioner of the Vermont Department of Corrections, or his designee, shall collect payments from Mr. Woods's prison trust account and shall forward the $350.00 filing fee to the Clerk of this Court in accordance with 28 U.S.C. § 1915(b)(2) when the entire filing fee has been collected, or he is released, whichever occurs first. The payments shall be clearly identified by the name and number assigned to this action.

    Dated at Burlington, in the District of Vermont, this 8th day of May 2025.

                                                           */s/ Kevin J. Doyle*
                                                           United States Magistrate Judge